## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELOISE NOGUERAS<br><br>           Plaintiff,<br><br>v.<br><br>WALMART, INC.<br><br>           Defendant. | CASE NO.:<br><br>PETITION FOR REMOVAL<br>BASED UPON DIVERSITY<br>OF CITIZENSHIP<br><br>JUNE 15, 2021 |

NOW COMES petitioner Walmart, Inc. by and through its undersigned counsel, and respectfully petitions this Honorable Court as follows:

1.  Petitioner is the named defendant in a civil action captioned *Eloise Nogueras v. Walmart, Inc.*, which matter was filed in the Connecticut Superior Court, Judicial District of Fairfield at Bridgeport, docket number FBT-CV21-6106622-S (hereafter "the state court action"). A copy of the Summons and Complaint in the state court action are attached hereto as Exhibits A and B, respectively.

2.  The Complaint in the state court action sounds in negligence and arises from an incident alleged to have occurred on June 20, 2019, within the Walmart store located at 465 Bridgeport Avenue, Shelton, Connecticut. It is alleged that the Plaintiff, while holding the status of a business invitee, was injured due to slipping and falling on water that has accumulated on the floor of the toy aisle, and that this incident was due to the negligence and carelessness of the Petitioners in numerous respects. *Please see Exhibit B, Paras. 1 through 5.*

3. Among the injuries and losses claimed by the Plaintiff are the following: complex tear of the posterior horn and body of the medial meniscus of the left knee; high-grade partial thickness tear of the medial collateral ligament of the left knee; pain and limitation of motion of the left knee; sprain of the left knee; difficulty ambulating; insomnia; depression; and a shock to her nervous system. *Exhibit B, Para. 6.* The Plaintiff claims to have suffered severe pain of body and anxiety of mind and she may suffer similarly in the future, and that she was and is still limited and restricted in the use and most of her left knee, and may be so limited and restrained for the rest of her natural life. *Exhibit B, Paras. 7 and 8.* It is further alleged that the Plaintiff has been forced to expend large sums of money for medical care, hospitalization, diagnostic studies, surgery, therapy, medicine and drugs, and will be forced to expend such sums in the future. *Exhibit B, Paras. 9 and 10.* She has further alleged to have sustained as lost wages and a loss of earning capacity, as well as a decrease in her capacity to engage in and enjoy life's activities. *Exhibit B, Paras. 11 and 12*.

4. This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioner respectfully states and represents to the Court as follows:

  a. By Complaint dated May 13, 2021, Plaintiff filed suit against the Petitioners. Service was accomplished upon the Petitioners on May 17, 2021, through Petitioners' registered agent for service of process. The Complaint seeks venue in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport.

  b. The Plaintiff is a citizen of the State of Connecticut, residing in Fairfield, Connecticut. *Please see Exhibit A.*

      c.      Petitioner Walmart, Inc., is a corporation duly licensed and registered under the laws of the State of Delaware, having its principal place of business in Bentonville, Arkansas. It has no parent corporations.

      d.      In her Complaint, the Plaintiff alleges that as a result of the subject incident, she suffered multiple physical injuries and monetary losses, which are serious and permanent in nature, including a complex tear of the posterior horn and body of the medial meniscus of the left knee; high-grade partial thickness tear of the medial collateral ligament of the left knee; pain and limitation of motion of the left knee; sprain of the left knee; difficulty ambulating; insomnia; depression; and a shock to her nervous system. She further asserts a claim for past and future pain and suffering, disability, a reduction in her inability to perform and enjoy life's activities, and lost wages/earning capacity. Consequently, the amount in controversy does exceed $75,000.00, exclusive of interest and costs.

5.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioner, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6.      Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiff's claims occurred within the State of Connecticut, and Petitioners are subject to personal jurisdiction in Connecticut.

7.      Pursuant to 28 U.S.C. §1446(d), the Petitioners have notified the Superior Court of the State of Connecticut of the filing of this Petition by filing the attached Notice of Removal. *Please see Exhibit C.*

WHEREFORE, based upon the foregoing, the Petitioner respectfully requests that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport, docket number FBT-CV21-6106622-S, be discontinued.

          Respectfully submitted,

          DEFENDANT/PETITIONER,
          WALMART, INC.

By: /s/ *Michael P. Kenney*
    Michael P. Kenney
    Federal Bar # ct26768
    FREEMAN MATHIS & GARY, LLP
    185 Asylum Street, 6th Floor
    Hartford, CT 06103
    Phone: 959-202-4978
    michael.kenney@fmglaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELOISE NOGUERAS<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WALMART, INC.<br><br>　　　　　　Defendant. | CASE NO.:<br><br><br>**CERTIFICATE OF SERVICE**<br><br><br>JUNE 15, 2021 |

    I hereby certify that on June 15, 2021, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>A copy of the foregoing was also sent via electronic mail to:</u>

Michael P. Foley, Jr., Esq.
Michael P. Foley, Jr., P.C.
1120 South Main Street
Cheshire, CT 06410
mpfesq@aol.com
*Attorney for the Plaintiff*

                                                                      /s/ *Michael P. Kenney*
                                                             Michael P. Kenney
                                                             Fed. Bar No. ct26768