| | |
|---|---|
| RETURN DATE: June 29, 2021 | : SUPERIOR COURT |
| ELOISE NOGUERAS | : J.D. OF FAIRFIELD |
| VS. | : AT BRIDGEPORT |
| WALMART, INC. | : MAY 13, 2021 |

## COMPLAINT

1.     On or about June 20, 2019, the defendant, Walmart, Inc. (hereinafter "Walmart"), owned, operated, possessed, controlled, managed and/or maintained a Walmart store located at 465 Bridgeport Avenue, Shelton, Connecticut (hereinafter "premises") to which it invited the general public.

2.     On said date at approximately 8:00 p.m., the plaintiff, Eloise Nogueras, was a patron and invitee at said Walmart store.

3.     On said date and at said time and place, the plaintiff was walking in the toy aisle of said store when she was caused to slip and fall on water that had accumulated on the floor, causing her slide against the display shelf in the aisle as she fell and twist her left knee, and further causing her to land on the floor with great force and violence, and resulting in the severe injuries, damages and losses of the plaintiff as more fully set forth herein.

4.     Said occurrence and the resulting injuries, damages and losses of the plaintiff, Eloise Nogueras, were caused by the carelessness and negligence of the defendant, Walmart, its agents, servants and/or employees, in any one or more of the following ways, in that:

        a)     they caused or allowed water to accumulate on the floor of said premises, thereby creating and maintaining an unreasonably dangerous and defective condition;

b) they caused or allowed said water to accumulate on the floor of said premises when they knew, or should have known, that the plaintiff and other persons lawfully on the premises were reasonably certain not to notice or avoid it;

c) they failed to provide any warning, signal, caution or alarm to the plaintiff concerning the dangerous and defective condition of the premises, as aforesaid;

d) they failed to provide a safe and danger-free premises for the plaintiff and other persons lawfully on the premises;

e) they failed to make a reasonable and proper inspection of the premises to determine if there was water on the floor of said premises which would have constituted a dangerous and defective condition;

f) they failed to make the necessary and proper measures to remedy the dangerous and defective condition of the premises by removing the water from the floor in order to prevent the plaintiff and other persons from falling and injuring themselves;

g) they failed to secure the wet floor area at the premises to protect users thereof; and

h) they failed to act as reasonable and prudent persons would have under all of the circumstances, as aforesaid.

5. The defendant, Walmart, its agents, servants and/or employees knew, or had they exercised due care and proper diligence, should have known, of the aforesaid conditions.

6. As a result of the carelessness and negligence of the defendant, Walmart, its agents, servants and/or employees, as aforesaid, the plaintiff has sustained the following severe and painful injuries, some, or all of which, may be permanent in nature, the full extent of which permanency cannot now be ascertained:

a) complex tear of the posterior horn and body of the medial meniscus of the left knee;

-3-

    b)    high-grade partial thickness tear of the medial collateral ligament of the left knee;

    c)    pain and limitation of motion of the left knee;

    d)    sprain of the left knee;

    e)    difficulty ambulating;

    f)    insomnia;

    g)    depression; and

    h)    a severe shock to her nervous system.

7. As a result of said occurrence and her injuries, as aforesaid, the plaintiff, Eloise Nogueras, has suffered severe pain of body and anxiety of mind and she may suffer similarly in the future.

8. As a further consequence of said occurrence and her injuries, as aforesaid, the plaintiff, Eloise Nogueras, was and still is limited and restricted in the use and motion of her left leg, and she may be so limited and restrained for the rest of her natural life.

9. As a further consequence of said occurrence and her injuries, as aforesaid, the plaintiff was forced to undergo extensive medical care and treatment, and she may require additional medical care and treatment in the future.

10. As a still further consequence of said occurrence and her injuries, as aforesaid, the plaintiff has paid and has become obligated to pay bills for an ambulance, a hospital, x-ray and MRI technicians, physical therapists and various physicians including, radiologists and two orthopedic surgeons, as well as bills for medicines and drugs, orthopedic devices and the like; and she may be required to make expenditures for similar services and products in the future.

MICHAEL P. FOLEY, JR., P.C. • ATTORNEY AT LAW
1120 SOUTH MAIN STREET • CHESHIRE, CT 06410 • JURIS NUMBER 412110 • (203) 250-7212 • FAX (203) 250-0363

11.  As a still further consequence of said occurrence and her injuries, as aforesaid, the plaintiff has sustained a loss of earnings, her earning capacity has been permanently and severely impaired and she may lose earnings in the future, thereby causing her further loss and damage.

12.  As a still further consequence of said occurrence and her injuries, as aforesaid, the plaintiff has been unable to pursue her wanted activities and life's promises and is unable to perform her usual services in and around the home, which has and will cause her further loss and damage.

MICHAEL P. FOLEY, JR., P.C. • ATTORNEY AT LAW
1120 SOUTH MAIN STREET • CHESHIRE, CT 06410 • JURIS NUMBER 412110 • (203) 250-7212 • FAX (203) 250-0363

Wherefore, the plaintiff claims:

1. Monetary damages within the jurisdiction of this Court;

2. Such other and further relief as this Court may deem just and proper.

Hereof, fail not, but due service and return make.

Aline DeLima of 1120 South Main Street, Cheshire, Connecticut has personal knowledge of the financial responsibility of the plaintiff and deems it sufficient to cover the costs of this action.

Dated at Cheshire, Connecticut this 13th day of May, 2021.

THE PLAINTIFF, ELOISE NOGUERAS

By: _____
Michael P. Foley, Jr.
Michael P. Foley, Jr., P.C.
1120 South Main Street
Cheshire, CT  06410
Telephone No:  203-250-7212
Juris No:  412110

-5-

| | |
|---|---|
| RETURN DATE: June 29, 2021 | SUPERIOR COURT |
| ELOISE NOGUERAS | J.D. OF FAIRFIELD |
| VS. | AT BRIDGEPORT |
| WALMART, INC. | MAY 13, 2021 |

## CLAIM FOR DAMAGES

The plaintiff claims monetary damages in an amount which is greater than Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and costs.

                                    THE PLAINTIFF, ELOISE NOGUERAS

By: _____
       Michael P. Foley, Jr.
       Michael P. Foley, Jr., P.C.
       1120 South Main Street
       Cheshire, CT  06410
       Telephone No:  203-250-7212
       Juris No:  412110

MICHAEL P. FOLEY, JR., P.C. • ATTORNEY AT LAW
1120 SOUTH MAIN STREET • CHESHIRE, CT 06410 • JURIS NUMBER 412110 • (203) 250-7212 • FAX (203) 250-0363